ADRMOP,CLOSED,REFDIS,RELATE,TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:26–cv–03971–VC

Ward v. Apple, Inc.

Assigned to: Judge Vince Chhabria

Relate Case Case:   3:22–cv–07668–VC

Cause: 28:1332 Diversity–Product Liability

Date Filed: 05/01/2026

Date Terminated: 07/08/2026

Jury Demand: Plaintiff

Nature of Suit: 365 Personal Inj. Prod. Liability

Jurisdiction: Diversity

**Plaintiff**

**Jacqueline Ward**

represented by **Marc Alexander Castaneda**
Wade Kilpela Slade LLP
2450 Colorado Avenue
Suite 100e
Santa Monica, CA 90404
310–667–7273
Fax: 424–276–0473
Email: marc@waykayslay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond Collins Kilgore**
Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
(310) 667–7273
Fax: (424) 276–0473
Email: ckilgore@waykayslay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Dawn Avila**
Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
(310) 667–7273
Fax: (424) 276–0473
Email: sara@waykayslay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gillian Leigh Wade**
Wade Kilpela Slade LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
(310) 667–7273
Email: gwade@waykayslay.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple, Inc.**        represented by   **David Ramraj Singh**
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
4th Floor
Redwood Shores, CA 94065
650−802−3000
Fax: 650−802−3100
Email: david.singh@weil.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2026 | Ï 1 | COMPLAINT against Apple, Inc. ( Filing fee $ 405, receipt number ACANDC−21937989.). Filed by Jacqueline Ward. (Attachments: # 1 Civil Cover Sheet)(Wade, Gillian) (Filed on 5/1/2026) (Entered: 05/01/2026) |
| 05/01/2026 | Ï 2 | Proposed Summons. (Wade, Gillian) (Filed on 5/1/2026) (Entered: 05/01/2026) |
| 05/04/2026 | Ï 3 | Case assigned to Magistrate Judge Virginia K. DeMarchi.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 5/18/2026. (dso, COURT STAFF) (Filed on 5/4/2026) (Entered: 05/04/2026) |
| 05/04/2026 | Ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/28/2026. Initial Case Management Conference set for 8/4/2026 01:30 PM in San Jose, − Videoconference Only. (amf, COURT STAFF) (Filed on 5/4/2026) (Entered: 05/05/2026)** |
| 05/05/2026 | Ï 4 | Summons Issued as to Apple, Inc.. (amf, COURT STAFF) (Filed on 5/5/2026) (Entered: 05/05/2026) |
| 05/08/2026 | Ï 6 | NOTICE by Jacqueline Ward *Notice of Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should be Related* (Attachments: # 1 Declaration of Gillian L. Wade)(Wade, Gillian) (Filed on 5/8/2026) (Entered: 05/08/2026) |
| 05/21/2026 | Ï 7 | **ORDER RELATING CASES: 26−cv−03906−AGT, 26−cv−03927−VKD, 26−cv−03930−SK, 26−cv−03931−NC, 26−cv−03933−VKD, 26−cv−03935−TSH, 26−cv−03936−NC, 26−cv−03944−NC, 26−cv−03945−NC, 26−cv−03966−KAW, 26−cv−03970−PHK, 26−cv−03971−VKD, 26−cv−03981−VKD. Signed by Judge Vince Chhabria on 5/21/2026. (bxs, COURT STAFF) (Filed on 5/21/2026) (Entered: 05/21/2026)** |
| 05/21/2026 | Ï 8 | **ORDER REASSIGNING CASE**<br><br>IT IS ORDERED that this case is directly assigned to Judge Vince Chhabria. Magistrate Judge Virginia K. DeMarchi no longer assigned to the case. |

Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras.

Mark B. Busby
Clerk, United States District Court
*(This is a text−only entry generated by the court. There is no document associated with this entry.)*

(mxg, COURT STAFF) (Filed on 5/21/2026) (Entered: 05/21/2026)

| | | |
|---|---|---|
| 05/28/2026 | Ï 9 | Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Apple, Inc.. (Attachments: # 1 Declaration of David R. Singh, # 2 Proposed Order, # 3 Motion to Transfer − SEALED, # 4 Exhibit A − Deposition Cites − SEALED)(Singh, David) (Filed on 5/28/2026) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 10 | MOTION to Transfer Case filed by Apple, Inc.. Motion Hearing set for 7/9/2026 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 6/11/2026. Replies due by 6/18/2026. (Attachments: # 1 Declaration of David R. Singh, # 2 Exhibit A − Deposition Cites − REDACTED)(Singh, David) (Filed on 5/28/2026) (Entered: 05/28/2026) |
| 05/29/2026 | Ï 11 | CERTIFICATE OF SERVICE by Apple, Inc. re 9 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Singh, David) (Filed on 5/29/2026) (Entered: 05/29/2026) |
| 06/04/2026 | Ï 12 | Declaration of Sara D. Avila in Support of 9 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed byJacqueline Ward. (Related document(s) 9 ) (Avila, Sara) (Filed on 6/4/2026) (Entered: 06/04/2026) |
| 06/05/2026 | Ï 13 | Declaration of Sara D. Avila in Support of 9 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed *CORRECTED Declaration of Sara D. Avila* filed byJacqueline Ward. (Related document(s) 9 ) (Avila, Sara) (Filed on 6/5/2026) (Entered: 06/05/2026) |
| 06/09/2026 | Ï 14 | Statement of Non−Opposition re 10 MOTION to Transfer Case filed byJacqueline Ward. (Related document(s) 10 ) (Wade, Gillian) (Filed on 6/9/2026) (Entered: 06/09/2026) |
| 07/06/2026 | Ï 15 | CLERK'S NOTICE VACATING 7/9/2026 MOTION HEARINGS.<br><br>The Court will issue a written ruling based on the motions and responsive briefs.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bxs, COURT STAFF) (Filed on 7/6/2026) (Entered: 07/06/2026) |
| 07/08/2026 | Ï 16 | **Order. The 9 sealing motion is granted as to the redactions specified in Dkt. No. 12. Within 7 days, the filing party must file public redacted copies under separate docket numbers, if the redactions differ from those versions already publicly filed. Signed by Judge Vince Chhabria on 7/8/2026.** ***(This is a text−only entry generated by the court. There is no document associated with this entry.)*** **(vclc1, COURT STAFF) (Filed on 7/8/2026) (Entered: 07/08/2026)** |
| 07/08/2026 | Ï 17 | **Order granting 10 Motion to Transfer Case. Signed by Judge Vince Chhabria on 7/8/2026. (vclc1, COURT STAFF) (Filed on 7/8/2026) (Entered: 07/08/2026)** |

| 07/09/2026 | Ï | CASE TRANSFERRED CASE to the Southern District of Texas, Houston Division per 17 (kam2, COURT STAFF) (Filed on 7/9/2026) (Entered: 07/09/2026) |