United States District Court
Southern District of Texas

**ENTERED**

July 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Jacqueline Ward, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 4:26−cv−05453 |
| | § | |
| Apple Inc, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER REFERRING CASE**

Pursuant to 28 U.S.C. § 636(b)(1)(a), all non−dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Yvonne Y. Ho for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(b), all dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Yvonne Y. Ho for Report and Recommendation to this Court.

All trial deadlines before this Court shall remain in effect.

Signed the 13th of July 2026.

George C. Hanks, Jr.
United States District Judge