**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISON**

JACQUELINE WARD,

                    Plaintiff,

        v.                                          Civil Action No.: 4:26-cv-05453

APPLE INC.,

                    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jacqueline Ward and Defendant Apple Inc. (the "Parties") jointly write to advise the Court that they have reached an agreement in principle to settle this matter.   The Parties request that the Court vacate any upcoming deadlines while the Parties negotiate the settlement agreement and the performance of the settlement terms is pending.   Once the terms of the settlement are completed, the Parties shall file a Stipulation of Dismissal of the entire action with prejudice.

Dated: July 16, 2026                          Respectfully submitted,

                                              */s/ Jeff Homrig*
OF COUNSEL:                                   JEFF HOMRIG
                                              Jeff.Homrig@weil.com
DAVID R. SINGH                                State Bar No. 24129988
David.Singh@weil.com                          WEIL, GOTSHAL & MANGES LLP
MORGAN MACBRIDE                               600 Congress Avenue, Suite 2170
Morgan.Macbride@weil.com                      Austin, TX 78701
WEIL, GOTSHAL & MANGES LLP                    Tel: 512-487-1481
201 Redwood Shores Parkway                    Fax: 512-487-1520
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3000                             *Attorneys for Apple Inc.*


JAMES M. PEARL
James.Pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of the Stars, Ste. 1800
Los Angeles, CA 90067
Tel: 213-667-5100
Fax: 213-667-5111


**JOINT NOTICE OF SETTLEMENT**                                              1

ARTURO J. GONZALEZ (Bar No. 121490)
MELODY E. WONG (Bar No. 341494)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ALEXANDRA P. BARLOW (Bar No. 299715)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 720-5100
Facsimile: (858) 720-5125

Dated: July 16, 2026

*/s/ Gillian L. Wade*
GILLIAN L. WADE (CA Bar No. 229124)
gwade@waykayslay.com
SARA D. AVILA (CA Bar No. 263213)
sara@waykayslay.com
COLLINS KILGORE (CA Bar No. 295084)
ckilgore@waykayslay.com
MARC A. CASTANEDA (CA Bar No. 29900)
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Jacqueline Ward*

**JOINT NOTICE OF SETTLEMENT**                                    **2**

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, a true and correct copy of the foregoing document was served on counsel for Plaintiff at the email addresses listed below via electronic mail.

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Jacqueline Ward*

*/s/ Jenae D. Ward*
Jenae D. Ward

**JOINT NOTICE OF SETTLEMENT**                                              3