**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **JACQUELINE WARD,** ) | |
| ) | |
| **Plaintiff,** ) | **JUDGE: GEORGE C. HANKS, JR.** |
| ) | |
| **vs.** ) | |
| ) | **CASE NO.***: 4:26-cv-05453* |
| **APPLE, INC.,** ) | |
| ) | |
| **Defendant.** ) | **NOTICE OF APPEARANCE OF** |
| ) | **ATTORNEY JUSTIN S. ABBARNO** |
| ) | |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned, Justin S. Abbarno, Associate at DiCello Levitt LLP, and respectfully enters his appearance as counsel for Plaintiff Jacqueline Ward. The undersigned is a member in good standing of the bar of this Court and hereby appears as local counsel of record for Plaintiff, and agrees to serve in that capacity for all purposes of this action.

DATED: August 12, 2026.

Respectfully submitted,

*/s/Justin S. Abbarno*
Justin S. Abbarno (24127438)
Mark A. DiCello *
Robert F. DiCello *
Kenneth P. Abbarno *
Mark M. Abramowitz *
**DICELLO LEVITT LLP**
8160 Norton Parkway
Third Floor
Mentor, Ohio 44060
P: (440) 953-8888
F: (440) 953-9138
jabbarno@dicellolevitt.com
madicello@dicellolevitt.com
rfdicello@dicellolevitt.com

kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

Greg G. Gutzler *
**DICELLO LEVITT LLP**
485 Lexington Avenue
Suite 1001
New York, New York 10017
P: (646) 933-1000
F: (440) 953-9138
ggutzler@dicellolevitt.com

Scott Gilmore *
**DICELLO LEVITT LLP**
801 17th Street Northwest
Number 430
Washington, D.C. 20006
P: (202) 975-2288
F: (440) 953-9138
sgilmore@dicellolevitt.com

*Counsel for Plaintiff*

*\* Pending Pro Hac Vice*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*/s/Justin S. Abbarno*
Justin Abbarno

*Counsel for Plaintiff*